# United States Court of Appeals
### For The District of Columbia Circuit

September Term, 2019

19cv908

No. 495

Ted Cruz for Senate, *et al.*,

    Plaintiffs,

v.

Federal Election Commission, *et al.*,

    Defendants.



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JAN 09 2020

CLERK

## DESIGNATION OF JUDGES TO SERVE ON THREE-JUDGE DISTRICT COURT

    The Honorable Amit P. Mehta, Judge, United States District Court for the District of Columbia, having notified me of his conclusion that the above-captioned case is an appropriate one for the convocation of a three-judge District Court, and having requested that such a three-judge court be appointed to hear and decide this case, it is

    **ORDERED**, pursuant to 28 U.S.C. § 2284, that the Honorable Neomi Rao, Circuit Judge, United States Court of Appeals for the District of Columbia Circuit, and the Honorable Timothy J. Kelly, Judge, United States District Court for the District of Columbia, are hereby designated to serve with the Honorable Amit P. Mehta as members of the court to hear and determine this case. Judge Rao will preside.

                                              */s/ Merrick B. Garland*
                                              Merrick B. Garland
                                              Chief Judge

Date: 1·9·20