AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) | |
|---|---|---|
| TED CRUZ FOR SENATE et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:19-cv-00908 |
| FEDERAL ELECTION COMMISSION et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

TED CRUZ FOR SENATE and RAFAEL EDWARD ("TED") CRUZ                .

Date:   05/15/2020

/S/ Chris Gober
*Attorney's signature*

Chris Gober, D.C. Bar No. 975981
*Printed name and bar number*

The Gober Group PLLC
PO Box 341016
Austin, TX 78734
*Address*

cg@gobergroup.com
*E-mail address*

(512) 354-1787
*Telephone number*

*FAX number*