UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TED CRUZ FOR SENATE, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civ. No. 19-908 (NJR, APM, TJK) |
| v. | ) ) ) | |
| FEDERAL ELECTION COMMISSION, *et al.*, | ) ) ) | [PROPOSED] ORDER |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of defendant Federal Election Commission's Consent Motion to Establish Page Limits, the Motion is hereby GRANTED.

Accordingly, it is hereby ORDERED that the page limits for the remaining summary judgment briefing in this case are as follows:

    A. Defendants' Cross-Motion for Summary Judgment – 45 pages

    B. Plaintiffs' Combined Response and Reply – 45 pages

    C. Defendants' Reply – 45 pages

_____
Hon. Neomi J. Rao
United States Circuit Court Judge

_____
Hon. Amit P. Mehta
United States District Court Judge

_____
Hon. Timothy J. Kelly
United States District Court Judge

Dated: _____, 2020