UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TED CRUZ FOR SENATE et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL ELECTION COMMISSION et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 19-cv-908 (NJR, APM, TJK) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 71, the court grants Plaintiffs' Motion for Summary Judgment and denies Defendants' Cross-Motion for Summary Judgment. It is further ordered that Plaintiffs' regulatory claims, previously held in abeyance, are dismissed as moot.

This is a final, appealable Order.

Dated: June 3, 2021

/s/

Neomi J. Rao
United States Circuit Court Judge

/s/

Amit P. Mehta
United States District Court Judge

/s/

Timothy J. Kelly
United States District Court Judge