UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TED CRUZ FOR SENATE, *et al.*,

       Plaintiffs,

v.

FEDERAL ELECTION COMMISSION, *et al.*,

       Defendants.

Civ. No. 19-908 (NJR, APM, TJK)

NOTICE OF APPEAL

**DEFENDANT FEDERAL ELECTION COMMISSION'S
NOTICE OF APPEAL**

Notice is hereby given that the Federal Election Commission, defendant in this case, appeals to the Supreme Court of the United States from the decision and order of this Court entered in this action on June 3, 2021.

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

Harry J. Summers
Assistant General Counsel
hsummers@fec.gov

Respectfully submitted,

/s/ Seth Nesin
Seth Nesin
Attorney
snesin@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
(202) 694-1650

June 11, 2021