# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 30, 2021

Clerk
United States District Court for the District of Columbia
United States Courthouse
3rd & Constitution Avenue, NW
Washington, DC 20001

Re: Federal Election Commission
v. Ted Cruz for Senate, et al.
No. 21-12
(Your No. 19-cv-908 (NJR) (APM) (TJK))

Dear Clerk:

The Court today entered the following order in the above-entitled case:

Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits.

Sincerely,

Scott S. Harris, Clerk

