# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 17, 2022

Clerk
United States District Court
  for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

      Re:  Federal Election Commission,
             v. Ted Cruz for Senate, et al.
            No. 21-12

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*[signature]*

Michael Altner
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 17, 2022

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Mr. Charles Justin Cooper, Esq.
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036

Re: **Federal Election Commission,
v. Ted Cruz for Senate, et al.**
No. 21-12

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

Michael Altner
Judgments/Mandates Clerk

cc: Clerk, U.S. District Court for the District of Columbia

# Supreme Court of the United States

No. 21-12

**FEDERAL ELECTION COMMISSION,**

Appellant

v.

**TED CRUZ FOR SENATE, ET AL.**

**ON APPEAL** from the United States District Court for the District of Columbia.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

May 16, 2022

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States